UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Rene Goguen, individually and on behalf of all others similarly situated;<br>Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT , INC.,<br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br><br><br><br><br>Case No.: 3:16-cv-00542 SRU |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Rene Goguen and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant World Wrestling Entertainment, Inc.

Date: April 11, 2016

THE PLAINTIFF,

By /s/ Brenden P. Leydon
Brenden P. Leydon, Esq.
TOOHER WOCL & LEYDON, L.L.C.
80 Fourth Street
Stamford, CT 06905
Phone: (203) 324-6164
Fax: (203) 324-1407
Email: BLeydon@tooherwocol.com
Federal Bar No.: CT16026

_____

*Pro hac vice*

KRISLOV & ASSOCIATES, LTD.
Clinton A. Krislov (clint@krislovlaw.com)
Matthew T. Peterson (matthew@krislovlaw.com)
20 N. Wacker Dr.
Suite 1300
Chicago, Illinois 60606
Tel.: (312) 606-0500
Fax.: (312) 606-0207